UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00091-MOC

| | | |
|---|---|---|
| **BERTIE FRANKUM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOSTON SCIENTIFIC CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Curtis C. Osborne's Motion for *Pro Hac Vice* admission of Wesley Chadwick Cook (#118). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Curtis C. Osborne's Motion for *Pro Hac Vice* admission of Wesley Chadwick Cook (#118) is GRANTED, and such attorney is admitted to practice *pro hac vice* Mr. Osborne in this particular case.

Signed: June 3, 2015

Max O. Cogburn Jr.
United States District Judge