# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## DOCKET NOS. 1:15-cv-00092-MOC; 1:15-CV-00091-MOC

| | | |
|---|---|---|
| **TERI MATHISON and** <br> **NORMAN MATHISON,** | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| Vs. | ) <br> ) | **ORDER** |
| **BOSTON SCIENTIFIC CORPORATION,** | ) <br> ) <br> ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| **BERTIE FRANKUM,** | ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| Vs. | ) <br> ) <br> ) | |
| **BOSTON SCIENTIFIC CORPORATION,** | ) <br> ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the Certification and Report of Fed. R. Civ. P. 26(f) Conference and Discovery Plan (#103) in *Teri Mathison, et al. v. Boston Scientific Corp.*, 1:15-cv-92 and the same (#119) in *Bertie Frankum v. Boston Scientific Corp.*, 1:15-cv-91. In those Certifications and Reports, counsel for all parties requested a conference with the court before the entry of a scheduling order so as to coordinate trial logistics and expert witnesses. Counsel also indicated that the parties have agreed to participate in a mediated settlement conference in this matter.

These two cases were transferred to this district from the Southern District of West Virginia and are directly related to MDL 2326, *In re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation*. The transferee court has advised that all pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are complete, and that the cases are ready for trial.

To the extent that the parties request a conference with the court, the court will set a conference in the Asheville division for **Thursday, June 11, 2015 at 10 a.m.** to discuss scheduling these cases for trial and any other pretrial matters. The parties are advised that this court will likely consolidate these cases for trial, pursuant to Fed. R. Civ. P. 42(a), which permits district courts to join cases for hearing or trial where "actions before the court involve a common question of law or fact." Id.

The parties are also advised that the court is prepared to set this matter for trial on August 31, 2015, but will hear arguments from the parties about the timing of trial at the conference. The parties are further advised that this court will not re-hear any matters already decided by the MDL Court.

**ORDER**

**IT IS THEREFORE, ORDERED,** that the Clerk of Court set a status conference in Asheville for Thursday, June 11, 2015 at 10 a.m. Counsel for all parties in the above-named cases shall attend and present to the court information regarding trial logistics so that the court may promptly set a trial date.

Signed: June 4, 2015



Max O. Cogburn Jr
United States District Judge