UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00091-MOC

| | |
|---|---|
| **BERTIE FRANKUM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **BOSTON SCIENTIFIC CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Motion of Leslie C. Packer, attorney for the Defendant Boston Scientific Corporation, for an Order allowing the withdrawal of A. Bradley Bodamer, Eva Marie Mannoia Weiler, Steven D. Soden, David S. Johnson, Michael Bonasso, and Lindsey M. Saad as counsel for the Defendants in this matter (#124). The court has considered the grounds stated in the Motion and for good cause shown, will grant the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that A. Bradley Bodamer, Eva Marie Mannoia Weiler, Steven D. Soden, David S. Johnson, Michael Bonasso, and Lindsey M. Saad are withdrawn as counsel for Defendant Boston Scientific Corporation.

Signed: June 16, 2015

Max O. Cogburn Jr
United States District Judge

-1-