UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00091-MOC

| | | |
|---|---|---|
| **BERTIE FRANKUM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOSTON SCIENTIFIC CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's Motion to Compel and Motion for Protective Order (both contained in #173), as well as numerous motions contained within (#175), including Defendant's Motion to Strike Plaintiff's Dec. 23, 2015 designation of experts; alternative motion to designate an expert to evaluate the opinions of the two recently-designated non-expert witnesses; Motion to allow one of its designated experts to conduct an independent medical review of Plaintiff; and Motion to Continue Trial. The court held a Final Pretrial Conference on March 7, 2016, at which time it discussed these motions with the parties. The court believes that after extensive discussion with the parties on the matters contained within Defendant's various Motions, all counsel are fully aware of the court's rulings as to the expert reports, depositions, examinations of Plaintiff, and all other pretrial issues. The court therefore enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Compel and Motion for Protective Order (both contained in #173), as well as all Motions contained in (#175) are **GRANTED in part and DENIED in part**, as stated at the March 7, 2016 hearing.

Signed: March 10, 2016

Max O. Cogburn Jr.
United States District Judge